IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RYAN J. GRIFFIN,

    Plaintiff,

v.                                         Civ. No. 09-0513 WJ/RLP

SGT. ROBERT ROMERO,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Objections [Doc. 21] to the Magistrate Judge's Report and Recommendation. Having made a *de novo* review of the record, the Court finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 21] is adopted by the Court; and

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike [Doc. 19] is denied; and

IT IS FURTHER ORDERED that this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                                               UNITED STATES DISTRICT JUDGE